IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDRICK LAMAR LEE,
    Petitioner,

vs.                                                CASE NO.: 5:06cv224/MCR/MD

UNITED STATES OF AMERICA,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 24, 2007. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The petition for writ of habeas corpus (doc. 1) is DISMISSED without prejudice to afford petitioner an opportunity to exhaust his administrative remedies in accordance with BOP procedures.

    3.     All pending motions are DENIED as moot.

    4.     The clerk is directed to close the file.

    DONE AND ORDERED this 5th day of March, 2007.

                                            *s/ M. Casey Rodgers*
                                            M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE